UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
Northwestern Steel And Wire Company ) CASE NO.: 00-74075
)
) CHAPTER 7

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Freeborn & Peters (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, it appearing to the Court that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all of the Claimant's funds (in the approximate amount of $3,174.14) held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 be paid to Freeborn & Peters (Tax ID# 36-3238755) and mailed to Neely Goen at American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this 25th day of August, 2009.

_____
United States Bankruptcy Judge

CC:                    Financial                    Administrator

ORIGINAL